IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES SIMPSON,

    Petitioner,

v.  Civil Action No. **3:18CV167**

**THOMAS B. HOOVER,** *et al.,*

    Respondents.

## MEMORANDUM OPINION

On March 7, 2018, the Court received a letter from Petitioner requesting an injunction. Given the content of this document, the Court gave Petitioner an opportunity to pursue this action as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See Rivenbark v. Virginia*, 305 F. App'x 144, 145 (4th Cir. 2008). Accordingly, by Memorandum Order entered on April 4, 2018, the Court sent Petitioner the form for filing a 28 U.S.C. § 2254 petition. The Court informed Petitioner that if he wished to proceed pursuant to 28 U.S.C. § 2254, he must complete the § 2254 Petition form and return the same to the Court within twenty (20) days of the date of entry thereof. The Court warned Petitioner that the failure to return to the § 2254 Petition form or take any further action In this matter within twenty (20) days of the date of entry thereof would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than twenty (20) days have elapsed since the entry of the April 4, 2018 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appeal may not be taken from the final order in a § 2254 proceeding unless a judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue unless a prisoner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This requirement is satisfied only when "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). No law or evidence suggests that Pettioner is entitled to further consideration in this matter. The Court will DENY Petitioner a certificate of appealability.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 5/4/18
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge

/s/

John A. Gibney, Jr.
United States District Judge